UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Gerald Kane

Order Filed on December 6, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 24-21988

Adv. No.:

Hearing Date: 12/17/2024

Judge: Andrew B. Altenburg, Jr.

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

The relief set forth on the following pages, numbered two (2) through ____2____ is hereby **ORDERED**.

**DATED: December 6, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

In re: Gerald Kane
Case No. 24-21988
Order to Show Cause for Dismissal of Case

_____

This matter comes on to be heard on the Court's own motion and the following facts appear:

1. Case number 21-13401 Gerald Kane was filed on Dec. 29, 2021 and is an open, pending Chapter 13 case in the Eastern District of Pennsylvania.

2. Case number 24-21988 Gerald Kane was filed on Dec. 6, 2024 under Chapter 13 in the District of New Jersey.

It is **ORDERED** that Gerald Kane shall appear before the Honorable Andrew B. Altenburg, Jr. on Tuesday, Dec. 17, 2024 at 10:00 a.m. in Courtroom 4B of the Mitchell H. Cohen United States Courthouse, 400 Cooper Street, Camden, New Jersey **TO SHOW CAUSE** why case number 24-21988 should not be dismissed.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-21988-ABA |
| Gerald Kane | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 06, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gerald Kane, 106 24th St S, Brigantine, NJ 08203-1834 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 2